```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 10177
   CYNTHIA M TENGLER HANSEN
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0916


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 04/24/2008 and was confirmed 07/23/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 01/14/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
WELLS FARGO BANK           CURRENT MORTG       .00             .00           .00
WELLS FARGO BANK           MORTGAGE ARRE    2106.80            .00       2106.80
ARROW FINANCIAL SERVICES   UNSECURED      NOT FILED            .00           .00
CAPITAL ONE                UNSECURED        3368.96            .00           .00
CAPITAL ONE                UNSECURED         835.67            .00           .00
CAPITAL ONE                UNSECURED         963.90            .00           .00
ROUNDUP FUNDING LLC        UNSECURED        2628.48            .00           .00
LVNV FUNDING LLC           UNSECURED         895.02            .00           .00
DELL FINANCIAL SERVICES    UNSECURED        2057.01            .00           .00
EXXONMOBILE CITI           UNSECURED      NOT FILED            .00           .00
FISHER & SHAPIRO           MORTGAGE NOTI NOT FILED             .00           .00
HINSDALE BANK & TRUST      UNSECURED      NOT FILED            .00           .00
ECAST SETTLEMENT CORP      UNSECURED         523.89            .00           .00
HSBC BANK NEVADA/HSBC CA   UNSECURED        1330.40            .00           .00
LOWES/MBGA                 UNSECURED      NOT FILED            .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        3389.80            .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED        1314.69            .00           .00
UPTOWN CHIROPRACTIC CLIN   UNSECURED         663.50            .00           .00
US DEPT OF EDUCATION       UNSECURED       19545.12            .00           .00
US DEPT OF EDUCATION       UNSECURED       16803.85            .00           .00
US DEPT OF EDUCATION       UNSECURED       15826.21            .00           .00
US DEPT OF EDUCATION       UNSECURED       14768.67            .00           .00
US DEPT OF EDUCATION       UNSECURED       11838.52            .00           .00
US DEPT OF EDUCATION       UNSECURED        8001.03            .00           .00
ARROW FINANCIAL SERVICES   UNSECURED        3923.72            .00           .00
ECAST SETTLEMENT CORP      UNSECURED         231.17            .00           .00
ALAN JESKEWITZ             NOTICE ONLY    NOT FILED            .00           .00
HOME DEPOT                 UNSECURED      NOT FILED            .00           .00
WASHINGTON MUTUAL/PROVID   NOTICE ONLY    NOT FILED            .00           .00
CAPITAL ONE                UNSECURED        1182.17            .00           .00
LEGAL HELPERS PC           DEBTOR ATTY     2,628.00                          .00
TOM VAUGHN                 TRUSTEE                                        183.20

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 10177 CYNTHIA M TENGLER HANSEN
```

```
DEBTOR REFUND           REFUND                                                .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   2,290.00

PRIORITY                                                   .00
SECURED                                               2,106.80
UNSECURED                                                  .00
ADMINISTRATIVE                                             .00
TRUSTEE COMPENSATION                                    183.20
DEBTOR REFUND                                              .00
                        ---------------        ---------------
TOTALS                    2,290.00                    2,290.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/05/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 08 B 10177 CYNTHIA M TENGLER HANSEN